```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JANE DOE 1 and JANE DOE 2,                                       :
                                                                 :
                         Plaintiffs,                             :
                                                                 :    22-cv-3806 (LJL)
            -v-                                                  :
                                                                 :    ORDER
BRANCA USA, INC., et al.,                                        :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2022

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs in this case have commenced this action anonymously but have not obtained permission from the Court to do. Plaintiffs are directed to file an application with the Court by June 6, 2022 requesting such permission and explaining why filing this complaint anonymously comports with the standards in this Circuit. *See, e.g.*, *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008); *Doe v. Delta Airlines Inc.*, 672 F. App'x 48 (2d Cir. 2016); *Anonymous v. Medco Health Solutions, Inc.*, 588 F. App'x 34 (2d Cir. 2014).

      SO ORDERED.

Dated: May 20, 2022
      New York, New York

                                       LEWIS J. LIMAN
                                       United States District Judge