```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                              :
JANE DOE 1 and JANE DOE 2,                                    :
                                                              :
                            Plaintiffs,                       :
                                                              :         22-cv-3806 (LJL)
          -v-                                                 :
                                                              :         ORDER
BRANCA USA, INC. et al.,                                      :
                                                              :
                            Defendants.                       :
                                                              :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the pending motion to proceed anonymously at Dkt. No. 9. Defendants are directed to respond by no later than June 13, 2022, if they intend to oppose the motion.

      SO ORDERED.

Dated: June 10, 2022
      New York, New York
                                                      LEWIS J. LIMAN
                                                  United States District Judge